IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES E. KEHE,<br><br>             Plaintiff,<br><br>      v.<br><br>LITHTEX INCORPORATED, an active<br>Oregon Corporation, d/b/a LITHTEX<br>PRINTING, an assumed business name,<br>d/b/a LITHTEX PRINTING SOLUTIONS,<br>an assumed business name,<br><br>             Defendant. | )<br>)<br>)<br>)   Civil Case No.  07-120-HU<br>)<br>)   O R D E R<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      Christopher A. Slater
      Michael J. Ross
      SLATER ROSS
      One S.W. Columbia Street
      Portland, Oregon  97258

          Attorneys for Plaintiff

Page 1 - ORDER

Richard R. Meneghello
Jennifer A. Nelson
FISHER & PHILLIPS LLP
111 S. W. Fifth Avenue, Suite 1250
Portland, Oregon  97204

      Attorneys for Defendant

KING, Judge:

      The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on April 11, 2008.  Defendant filed timely objections to the Findings and Recommendation.

      When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a _de novo_ determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); _McDonnell Douglas Corp. v. Commodore Business Machines, Inc._, 656 F.2d 1309, 1313 (9th Cir. 1981), _cert. denied_, 455 U.S. 920 (1982).  This court has, therefore, given _de novo_ review of the rulings of Magistrate Judge Hubel.

      This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated April 11 ,2008 in its entirety.

      IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (#25) is denied.

      DATED this ___19th___ day of May, 2008.

                                            _/s/ Garr M. King_
                                              GARR M. KING
                                         United States District Judge